THE ELEVENTH WARD SAVINGS BANK OF THE CITY OF NEW YORK, Respondent, *v.* ALLEN HAY et al., Appellants.

(Argued April 4, 1878; decided April 16, 1878.)

*Samuel Hand* for appellants.

*Amasa J. Parker* for respondent.

AGREE to affirm.    No opinion.

All concur, except MILLER, J., absent.

Judgment affirmed.